## 55849. EASTMAN v. GENERAL MOTORS ACCEPTANCE CORPORATION.

QUILLIAN, Presiding Judge.

Where, as in the case sub judice, the enumerations of error require a consideration of the transcript of evidence which appellant expressly chose not to include in the appeal, we must presume that the trial court correctly ruled on the issues presented. *Walsey v. Lockhart,* 140 Ga. App. 348 (2) (231 SE2d 124); *Buford v. Buford,* 234 Ga. 700, 703 (217 SE2d 160).

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED MAY 4, 1978 — DECIDED JUNE 20, 1978 —

*Antonio L. Thomas,* for appellant.

*Thompson & Bonner, Virginia A. Bonner,* for appellee.